UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IVERY WILSON,

    Plaintiff,

v.                                          CASE NO.: 8:09-cv-755-T-23TBM

HFH, Inc.,

    Defendant.
_____/

## **ORDER**

The plaintiff sues (Doc. 1) under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (the "FLSA"), to recover overtime compensation. The mediator announces (Doc. 33) a settlement, which requires review and approval by the district court. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982); Dees v. Hydradry, Inc., __ F. Supp. 2d __, 2010 WL 1539813 (M.D. Fla. Apr. 19, 2010). The parties move (Doc. 38) for approval of the proposed settlement. The settlement (Doc. 38-1), however, contains a confidentiality agreement, which contravenes FLSA policy. See Dees, 2010 WL 1539813 at *9. Accordingly, the motion (Doc. 38) is **DENIED** and the settlement (Doc. 38-1) is **REJECTED**. The parties may move for approval of an amended settlement agreement no later than **May 28, 2010**.

ORDERED in Tampa, Florida, on May 20, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE